George J. Williams, Plaintiff in Error, v. C. A. Wrigley, Defendant in Error.

### Gen. No. 22,097.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOSEPH P. RAFFERTY, Judge, presiding. Heard in this court at the March term, 1916. Affirmed. Opinion filed May 29, 1916.

## Statement of the Case.

Action by George J. Williams, plaintiff, against C. A. Wrigley, defendant, for rent under a written lease. To reverse a judgment of *nil capiat,* plaintiff prosecutes a writ of error.

GEORGE J. WILLIAMS, *pro se.*

C. E. FERGUSON, for defendant in error.

MR. JUSTICE BAKER delivered the opinion of the court.

## Abstract of the Decision.

1. APPEAL AND ERROR, § 1752*—*when judgment affirmed because of defective abstract.* Where grounds for reversal of a judgment relate solely to a written lease which the abstract fails to set out, judgment will be affirmed.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

2. APPEAL AND ERROR, § 866*—*what are requisites of abstract.* An abstract must be full and complete and in accordance with the rules of this court, and the court will not explore the record to find errors to sustain the assignments of error.